UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
MARKO BYVALETS,

               Plaintiff,

    -against-

NEW YORK CITY HOUSING AUTHORITY,

               Defendant.
------------------------------------------------------x
**AMON, United States District Judge:**



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 2 3 2018 ★
BROOKLYN OFFICE

<u>NOT FOR PUBLICATION</u>
**ORDER**
16-CV-6785 (CBA) (RLM)

    Plaintiff Marko Byvalets, proceeding <u>pro se</u>, brings this employment discrimination action against his former employer, the New York City Housing Authority ("NYCHA"). (D.E. # 1.) NYCHA has moved for dismissal. (D.E. # 10.) The Court referred Defendant's motion to the Honorable Roanne L. Mann, Chief United States Magistrate Judge, who thereafter submitted a Report and Recommendation ("R&R") recommending that the Court grant Defendant's motion to dismiss and grant Plaintiff leave to amend his complaint to assert claims against his direct supervisor, Shaji Cherian, for disparate treatment and a hostile work environment on the basis of national origin and race. (D.E. # 18.)

    No party has objected to the R&R, and the time for doing so has passed. When deciding whether to adopt a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." <u>Jarvis v. N. Am. Globex Fund, L.P.</u>, 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks and citation omitted).

1

The Court has reviewed the record and, finding no clear error, adopts the well-reasoned R&R as the opinion of the Court. The Court construes Plaintiff's premature filing of an amended complaint, (D.E. # 19), as a motion for leave to file an amended complaint, which the Court now grants.

SO ORDERED.

Dated: February 1, 2018
      Brooklyn, New York

                                  s/Carol BagleyAmon

                                  Carol Bagley Amon
                                  United States District Judge