ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: January 23, 2019
START: 2:20 pm
END: 3:10 pm

DOCKET NO: 16-cv-06785

CASE: Byvalets v. New York City Housing Authority

- ☐ INITIAL CONFERENCE
- ☑ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☑ MOTION HEARING

- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☐ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
| Marko Byvalets | (Pro se) |
| | |

| DEFENDANT | ATTORNEY |
|---|---|
| Cherian + non-party NYCHA | Nabiha Rahman |
| | |

- ☐ _____ DISCOVERY TO BE COMPLETED BY _____
- ☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY: _____ DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court conducts an in-person proceeding concerning pro se plaintiff's motion to compel dated January 8, 2019 (DE #58) and non-party NYCHA's opposition thereto (DE #59), as well as his January 22nd motion to compel (DE #60), to which NYCHA has not had an opportunity to respond.

The Court grants in part and denies in part plaintiff's January 8th motion to compel, as follows, and for the reasons stated on the record: (by January 30, 2019)

Subpoena #2: Produce only those documents that relate to allegations similar to those

asserted by plaintiff, to wit, relating to alleged discrimination and/or issues involving allocation of work and overtime assignments

Subpoenas #1 and 3: denied as moot.

Subpoenas #9, #10, #18: Objections sustained on relevance grounds.

Subpoenas #8 and #18: NYCHA is directed to produce by January 30, 2019 computerized logs of plaintiff's completed work orders for 2015.

The Court denies in part and defers decision in part on plaintiff's January 22nd motion (DE #60). The Court denies the motion to compel compliance with Subpoena #24. Regarding Subpoenas #26 and #27, NYCHA agrees to produce the summaries regarding employees who are Mr. Cherian's subpoenas. NYCHA is directed to show cause, via ECF, by January 30, 2019, why summaries regarding all electricians in the NYCHA Brooklyn Management Department should not be produced.