ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: February 1, 2019  
START: 12:30 pm  
END: 12:55 pm

DOCKET NO: 16 CV 6785  
CASE: Byvalets v. Cherian

- [ ] INITIAL CONFERENCE
- [x] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [x] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [x] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

PLAINTIFFS — ATTORNEY: Marko Byvalets (pro se)

DEFENDANTS — Nabiha Rahman

- [ ] DISCOVERY TO BE COMPLETED BY
- [ ] NEXT ___ CONFERENCE SCHEDULED FOR ___
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY ___
- [ ] PL. TO SERVE DEF. BY: ___  DEF. TO SERVE PL. BY: ___

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET.

Plaintiff's motion to compel NYCHA's compliance with Subpoenas #21 and #22 (DE #63) is denied as moot; defense counsel represents on the record that NYCHA does not have records reflecting incoming and outgoing calls on the referenced phones.

Plaintiff is cautioned by the Court against filing repetitive, sequential discovery motions.

For the reasons stated on the record, the Court denies plaintiff's request for an order excluding plaintiff's deposition transcript (DE #64).